No. 188. OLIVER H. SMITH, JR., PLAINTIFF IN ERROR, *v.* WASHINGTON-SOUTHERN RAILWAY COMPANY. In error to the Court of Appeals of the District of Columbia. Argued March 13, 1918. Decided March 18, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Macfarland* v. *Brown,* 187 U. S. 239, 246; *Mac-*

*farland* v. *Byrnes,* 187 U. S. 246; *Earle* v. *Myers,* 207 U. S. 244; *Coe* v. *Armour Fertilizer Works,* 237 U. S. 413, 418–419. *Mr. Ralph D. Fleharty* and *Mr. J. S. Easby-Smith* for plaintiff in error. *Mr. Frederic D. McKenney, Mr. J. S. Flannery, Mr. G. B. Craighill* and *Mr. W. C. Carpenter* for defendant in error.